UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| LISA A. MILLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:20-cv-00091-RLY-MPB |
| ) | |
| RICHARD L. MILLER, ) | |
| KAREN CALDEMEYER, ) | |
| REBECCA SCHIPP, and ) | |
| CLESTA SCARBOROUGH, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

Consistent with the Order directing the entry of final judgment, this action is dismissed without prejudice.

**SO ORDERED** this 1st day of June 2020.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____

Deputy Clerk, U.S. District Court

Distribution by U.S. Mail to:

Lisa A. Miller
414 W. Locust Street
Booneville, IN  47601